IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE E. LATIMORE,<br><br>    Petitioner,<br><br>  v.<br><br>VINCE CULLEN, Warden,<br><br>    Respondent.<br>_____/ | No. C 11-00538 CW (PR)<br><br>ORDER DENYING AS MOOT REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus.  Before the Court is Petitioner's motion for extension of time to file his traverse.

    On August 9, 2011, Respondent filed his answer to the Court's April 15, 2011 Order to show cause.  Petitioner now moves for an extension of time to file a traverse; however, on September 14, 2011, Petitioner filed his traverse.  Accordingly, Petitioner's motion for extension of time is DENIED as moot.

    This Order terminates Docket no. 9.

    IT IS SO ORDERED.

Dated: 10/21/2011

                                    CLAUDIA WILKEN<br>                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIE E LATIMORE,

        Plaintiff,

  v.

VINCE CULLEN et al,

        Defendant.
                                      /

Case Number: CV11-00538 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie E. Latimore G37684
San Quentin State Prison
San Quentin, CA 94974

Dated: October 21, 2011

                                      Richard W. Wieking, Clerk
                                      By: Nikki Riley, Deputy Clerk